# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK GEROD KEITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-3448** |
| **CONCORDIA PARISH CORRECTIONAL FACILITY, ET AL.** | **SECTION: "I"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Derrick Gerod Keith is transferred to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 9th day of May, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE